**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.N. LBR 9004-1(b)**

Rebecca A. Solarz, Esq.
Kevin G. McDonald, Esq.
Denise Carlon, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
rsolarz@kmllawgroup.com
kmcdonald@kmllawgroup.com
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com

Attorneys for WELLS FARGO BANK, NATIONAL
ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET
BACKED SECURITIES TRUST 2007-AC4 ASSET-BACKED
CERTIFICATES, SERIES 2007-AC4

In Re:

Anil Kumar

                        Debtor

Case No: 17-33174 MBK

Chapter: 13

Judge: Michael B. Kaplan

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Nationstar Mortgage LLC as servicer for WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2007-AC4 ASSET-BACKED CERTIFICATES, SERIES 2007-AC4.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date:                              04/10/2018          **/s/Kevin G. McDonald, Esquire**
                                                      Kevin G. McDonald Esquire
                                                      Denise Carlon, Esquire
                                                      Brian C. Nicholas, Esquire
                                                      **KML Law Group, P.C.**
                                                      216 Haddon Avenue, Ste. 406
                                                      Westmont, NJ 08108
                                                      (609) 250-0700 (NJ)
                                                      (215) 627-1322 (PA)
                                                      FAX: (609) 385-2214
                                                      Attorney for Movant/Applicant

*new 8/1/15*