Certificate Number: 14912-NJ-DE-030854016

Bankruptcy Case Number: 17-33174



14912-NJ-DE-030854016

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 10, 2018</u>, at <u>12:08</u> o'clock <u>AM EDT</u>, <u>Anil Kumar</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   April 10, 2018

By:   /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor