Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                    Case No.: 17−33174−MBK
                                    Chapter: 13
                                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anil Kumar
   144 Cedar Grove Lane
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−8506

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/28/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 28, 2018
JAN: kmf

                                                               Jeanne Naughton
                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-33174-MBK
Anil Kumar                                                                      Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 1              Date Rcvd: Jun 28, 2018
                              Form ID: 148               Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2018.
db             +Anil Kumar,    144 Cedar Grove Lane,    Somerset, NJ 08873-5208
cr             +Ditech Financial LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL  33487,    UNITED STATES 33487-2853
cr             +WELLS FARGO BANK, NATIONAL ASSOCIATION,    Robertson, Anschutz & Schneid,    6409 Congress Ave,
                 Suite 100,    Boca Raton, FL 33487-2853
517179944      +Ditech,    301 West Bay Street,    22nd Floor,    Jacksonville, FL 32202-5184
517179945      +Kamal Kumar,    17 Tracy Court,    Franklin Park, NJ 08823-1337
517182446      +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517364573      +Wells Fargo Bank, National Association,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
                 Attn: Bankruptcy Dept.,    PO Box 619096,    Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 28 2018 23:57:42     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 28 2018 23:57:39     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517230548       EDI: DISCOVER.COM Jun 29 2018 03:44:00     Discover Bank,   Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
517228027       E-mail/Text: bankruptcy.bnc@ditech.com Jun 28 2018 23:57:19
                 Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517340960      +EDI: PRA.COM Jun 29 2018 03:43:00     Orion Portfolio Services LLC,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               BEAR STEARNS ASSET BACKED SECURITIES TRUST 2007-AC4 ASSET-BACKED CERTIFICATES, SERIES 2007-AC4
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS
               TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2007-AC4 ASSET-BACKED CERTIFICATES,
               SERIES 2007-AC4 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    Ditech Financial LLC bkyefile@rasflaw.com
              Kevin M. Buttery    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
               bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
               bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9