Form ntcrics – ntcreincsv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                  Case No.:  17−33174−MBK
                                  Chapter:  13
                                  Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anil Kumar
   144 Cedar Grove Lane
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−8506

Employer's Tax I.D. No.:

## NOTICE OF ENTRY OF ORDER REINSTATING CASE

     Notice is hereby given that the above captioned case which was dismissed on 6/28/18 has been reinstated by Order dated 7/31/18. The order may create new deadlines for the filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the confirmation hearing if this is a chapter 13 case.

     The Order may be viewed at any District of New Jersey Bankruptcy Clerk's office, and is available for download at www.pacer.gov.

Dated: July 31, 2018
JAN: kmf

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                    Case No. 17-33174-MBK
Anil Kumar                                                Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3         User: admin              Page 1 of 1           Date Rcvd: Jul 31, 2018
                             Form ID: ntcrics         Total Noticed: 12
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2018.
db             +Anil Kumar,    144 Cedar Grove Lane,    Somerset, NJ 08873-5208
cr             +Ditech Financial LLC,    Robertson, Anschutz & Schneid, P.L.,     6409 Congress Avenue, Suite 100,
                 Boca Raton, FL   33487,    UNITED STATES 33487-2853
cr             +WELLS FARGO BANK, NATIONAL ASSOCIATION,     Robertson, Anschutz & Schneid,    6409 Congress Ave,
                 Suite 100,   Boca Raton, FL 33487-2853
517179944      +Ditech,    301 West Bay Street,    22nd Floor,   Jacksonville, FL 32202-5184
517179945      +Kamal Kumar,    17 Tracy Court,    Franklin Park, NJ 08823-1337
517182446      +Orion,   c/o of PRA Receivables Management, LLC,      PO Box 41021,    Norfolk, VA 23541-1021
517364573      +Wells Fargo Bank, National Association,     Nationstar Mortgage LLC d/b/a Mr. Cooper,
                 Attn: Bankruptcy Dept.,    PO Box 619096,   Dallas, TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 01 2018 00:27:00      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 01 2018 00:26:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517230548       E-mail/Text: mrdiscen@discover.com Aug 01 2018 00:26:07      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
517228027       E-mail/Text: bankruptcy.bnc@ditech.com Aug 01 2018 00:26:32
                 Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517340960      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 01 2018 00:43:29
                 Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               BEAR STEARNS ASSET BACKED SECURITIES TRUST 2007-AC4 ASSET-BACKED CERTIFICATES, SERIES 2007-AC4
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS
               TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2007-AC4 ASSET-BACKED CERTIFICATES,
               SERIES 2007-AC4 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    Ditech Financial LLC bkyefile@rasflaw.com
              Kevin M. Buttery    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
               bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
               bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
              Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10
```