Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

……………District Of BYk ˙>ɎfgɎm

In re  Anil Kumar                ,     Case No.  17-33174

AMENDED

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.   1   (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on           10/9/2018          .

Ditech Financial LLC fka Green Tree Servicing
Name of Alleged Transferor

U.S. Bank Trust, N.A.
Name of Transferee

Address of Alleged Transferor:
Ditech Financial LLC
P.O. Box 6154
Rapid City, SD  57709-6154

Address of Transferee:
Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma City, OK  73134

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  October 12,  2018

Jeanne A. Naughton
**CLERK OF THE COURT**