Form oresadoc – oresadocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−33174−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anil Kumar
   144 Cedar Grove Lane
   Somerset, NJ 08873

Social Security No.:
   xxx−xx−8506

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

   The Court having noted that the debtor filed an Amendment to Schedule D, E/F on 10/16/2018 or to the List of Creditors on N/A , and for good cause shown, it is

   ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

   It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

   1.   A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

   2.   In a Chapter 11 case:

      a)   a copy of the last modified plan and disclosure statement, if any, and

      b)   a copy of any order approving the adequacy of the disclosure statement
      and/or the scheduling of the plan for confirmation.

   3.   In a Chapter 12 or Chapter 13 case:

      a)   a copy of the Notice of Hearing on Confirmation of Plan, if any, and

      b)   a copy of the last modified plan that has been filed in the case.

   It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

   It is further ORDERED that the added creditors or parties have

   1.   until the original deadline, if any, fixed by the court to file a complaint to object to
   the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order,
   whichever is later;

   2.   until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,
   or sixty 60 days from the date of this Order, whichever is later;

    3.    until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: October 18, 2018
JAN: vpm

                             <u>Michael B. Kaplan</u>
                             United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Anil Kumar  
    Debtor

Case No. 17-33174-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 18, 2018  
                     Form ID: oresadoc     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2018.  
db            +Anil Kumar,    144 Cedar Grove Lane,    Somerset, NJ 08873-5208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2018 23:51:59      United States Trustee,  
          Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,  
          Newark, NJ 07102-5235  
                                                                                                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2018 at the address(es) listed below:  
           Albert    Russo     docs@russotrustee.com  
           Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
           Carlos D Martinez     on behalf of Debtor Anil   Kumar cmartinez@scura.com,  
           ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;dstevens@scura.com;jesposito@scuramealey.com  
           Denise E. Carlon     on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2007-AC4 ASSET-BACKED CERTIFICATES, SERIES 2007-AC4 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Kevin Gordon McDonald     on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2007-AC4 ASSET-BACKED CERTIFICATES, SERIES 2007-AC4 kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com  
           Kevin M. Buttery     on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION bkyefile@rasflaw.com  
           Kevin M. Buttery     on behalf of Creditor     Ditech Financial LLC bkyefile@rasflaw.com  
           Laura M. Egerman     on behalf of Creditor     Ditech Financial LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
           Laura M. Egerman     on behalf of Creditor     WELLS FARGO BANK, NATIONAL ASSOCIATION bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com  
           Nicholas V. Rogers     on behalf of Creditor     Ditech Financial LLC nj.bkecf@fedphe.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                          TOTAL: 11