**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**3** Valuation of Security          **0** Assumption of Executory Contract or Unexpired Lease          **3** Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:   **Anil Kumar**                           Case No.:   **17-33174**
                                                 Judge:      **MBK**
Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original                    ☑ Modified/Notice Required          Date:   10/15/2018
☑ Motions Included            ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☑ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

☑ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney **CDM**    Initial Debtor: **A K**    Initial Co-Debtor _____

## Part 1: Payment and Length of Plan

a. The debtor shall pay **300.00 Monthly** to the Chapter 13 Trustee, starting on **October 1, 2018** for approximately **50** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☑ Other sources of funding (describe source, amount and date when funds are available): $3,000 already paid into plan.

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☑ Loan modification with respect to mortgage encumbering property:
  Description: 3136 Route 27, South Brunswick, NJ 08823
  Proposed date for completion: 12 months from confirmation

d. ☑ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection    **X NONE**

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Scura, Wigfield, Heyer, Stevens & Cammarota, LLP** | Administrative | **Amount to be determined by further application to the Court** |

2

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☑ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Ditech Financial, LLC | 3136 Rt 27, South Brunswick, New Jersey 08823 | 65,886.91 | 0 | Arrears to be cured via loan modification | 1,920.28 |

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

3

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| Kamal Kumar | 144 Cedar Grove Lane Somerset, NJ 08873 | 259,561.00 | 445,000.00 | 756,069.00 | 0.00 | 0.00 | 0.00 |
| Roth & Roth, PA | 144 Cedar Grove Lane Somerset, NJ 08873 | 31,136.46 | 445,000.00 | 756,069.00 | 0.00 | 0.00 | 0.00 |
| Shree Ji, Inc. | 144 Cedar Grove Lane Somerset, NJ 08873 | 57,315.00 | 445,000.00 | 756,069.00 | 0.00 | 0.00 | 0.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☐ NONE

The following secured claims are unaffected by the Plan:

Creditor
Mr. Cooper - mortgage on residence

**g. Secured Claims to be Paid in Full Through the Plan** ☑ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5: Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐   Not less than $____ to be distributed *pro rata*

☐   Not less than ___ percent

☑   *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6: Executory Contracts and Unexpired Leases    X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

## Part 7: Motions ☐ NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| Kamal Kumar | 144 Cedar Grove Lane Somerset, NJ 08873 | 259,531.00 | 445,000.00 | 756,069.00 | 0.00 | ALL |
| Roth & Roth, PA | 144 Cedar Grove Lane Somerset, NJ 08873 | 31,136.46 | 445,000.00 | 756,069.00 | 0.00 | ALL |
| Shree Ji, Inc. | 144 Cedar Grove Lane Somerset, NJ 08873 | 57,315.00 | 445,000.00 | 756,069.00 | 0.00 | ALL |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

5

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

d. **Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: __4/17/2018__ .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To correct the treatment of judgment creditors. | Part 7b of plan revised. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☑ Yes    ☐ No

## Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **October 15, 2018**    /s/ **Anil Kumar**
**Anil Kumar**
Debtor

Date: _____
Joint Debtor

Date **October 15, 2018**    /s/ **Carlos D. Martinez**
**Carlos D. Martinez 231072018**
Attorney for the Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-33174-MBK
Anil Kumar                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Oct 18, 2018
                              Form ID: pdf901          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2018.
```
db         +Anil Kumar,    144 Cedar Grove Lane,    Somerset, NJ 08873-5208
cr         +Ditech Financial LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
             Boca Raton, FL  33487,    UNITED STATES 33487-2853
cr         +WELLS FARGO BANK, NATIONAL ASSOCIATION,    Robertson, Anschutz & Schneid,    6409 Congress Ave,
             Suite 100,   Boca Raton, FL 33487-2853
517179944  +Ditech,   301 West Bay Street,    22nd Floor,    Jacksonville, FL 32202-5184
517820693  +Glikin Brothers, Inc.,    2 Joseph Street,    Newark, NJ 07105-4710
517179945  +Kamal Kumar,   17 Tracy Court,    Franklin Park, NJ 08823-1337
517820690  +Mr. Cooper,   Attn: Bankruptcy,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
517182446  +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517820697  +Pasricha & Patel, LLC,    1794 Oak Tree Road,    Edison, NJ 08820-2704
517820694  +Roth & Roth, PA,   241 First Street,    Lakewood, NJ 08701-3320
517820691 ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court: New Jersey Division of Taxation,    Compliance & Enforcement -,
             Bankruptcy,   50 Barrack St., 9th Fl.,    PO Box 245,   Trenton, NJ 08695)
517820695  +Shree Ji, Inc.,   30 Thames Road,    Piscataway, NJ 08854-5229
517803133  +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
             Oklahoma City, OK 73134-2500
517803134  +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
             Oklahoma City, OK 73134,    U.S. Bank Trust, N.A., as Trustee for LS,    13801 Wireless Way,
             Oklahoma City, OK 73134-2500
517820696  +Van Cleef Engineers Associates, LLC,    32 Brower Lane,   Hillsborough, NJ 08844-1270
517364573  +Wells Fargo Bank, National Association,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
             Attn: Bankruptcy Dept.,    PO Box 619096,    Dallas, TX 75261-9096
517820698  +Wiley Lavender, PC,    216 Amboy Ave.,   PO Box 429,    Metuchen, NJ 08840-0429
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2018 23:52:01     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2018 23:51:58     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
517820692  +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 19 2018 00:06:18      Capital One,
             PO Box 30285,   Salt lake City, UT 84130-0285
517230548   E-mail/Text: mrdiscen@discover.com Oct 18 2018 23:50:59     Discover Bank,
             Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517228027   E-mail/Text: bankruptcy.bnc@ditech.com Oct 18 2018 23:51:27
             Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
             Rapid City, South Dakota 57709-6154
517340960  +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2018 00:05:39
             Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
             Norfolk, VA 23541-1021
                                                                                              TOTAL: 6
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2            Date Rcvd: Oct 18, 2018
                              Form ID: pdf901            Total Noticed: 23
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Carlos D Martinez    on behalf of Debtor Anil   Kumar cmartinez@scura.com,
               ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;dstevens@scura.com;jesposit
               o@scuramealey.com
              Denise E. Carlon    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               BEAR STEARNS ASSET BACKED SECURITIES TRUST 2007-AC4 ASSET-BACKED CERTIFICATES, SERIES 2007-AC4
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS
               TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2007-AC4 ASSET-BACKED CERTIFICATES,
               SERIES 2007-AC4 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    Ditech Financial LLC bkyefile@rasflaw.com
              Kevin M. Buttery    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
               bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
               bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
              Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11
```