| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>816897<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>400 Fellowship Road, Suite 100<br>Mt. Laurel, NJ 08054<br>856-813-5500<br>Attorneys for U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST | |
| In Re:<br><br>ANIL KUMAR | Case No: 17-33174 - MBK<br><br>Judge: MICHAEL B KAPLAN<br><br>Chapter: 13 |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST</u> with regards to its mortgage.  Said Mortgage was recorded on June 8, 2004, Book 09717, Page 0190 on the real property, located at 3136 RT 27, SOUTH BRUNSWICK, NJ 08823 in the above captioned bankruptcy matter.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: October 31, 2018

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com