| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**SCURA, WIGFIELD, HEYER,**<br>**STEVENS & CAMMAROTA, LLP**<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Telephone: 973-696-8391<br>cmartinez@scura.com<br>Carlos D. Martinez, Esq. (Attorney ID 231072018) | **Order Filed on November 13, 2018**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| *In re:*<br><br>ANIL KUMAR,<br><br><br>                                            Debtors. | Case No. 17-33174 (MBK)<br><br>Hon. Michael B. Kaplan<br><br>Chapter 13<br><br>Hearing Date: November 13, 2018 @ 9:00 |

### ORDER AUTHORIZING THE FIRM OF SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP TO SUBSTITUTE INTO CASE AS DEBTOR'S COUNSEL

The relief set forth on the following page, numbered two (2), is hereby ordered.

**DATED: November 13, 2018**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: Anil Kumar
Case No.: 17-33174-MBK
Caption of Order: Order Authorizing the Firm of Scura, Wigfield, Heyer, Stevens & Cammarota, LLP to Substitute into the Case as Debtor's Counsel
_____

THIS MATTER having been brought to the Court by Carlos D. Martinez, Esq., attorney with the law firm Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking an Order to substitute into the above captioned bankruptcy case (the "Case") as Debtor's counsel, and the Court having considered the papers submitted and arguments of counsel and good cause appearing

**ORDERED** that the firm Scura, Wigfield, Heyer, Stevens & Cammarota, LLP is hereby substituted into the Case as counsel for the Debtor Anil Kumar.