| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**SCURA, WIGFIELD, HEYER,**<br>**STEVENS & CAMMAROTA, LLP**<br>1599 Hamburg Turnpike<br>Wayne, New Jersey 07470<br>Telephone: 973-696-8391<br>cmartinez@scura.com<br>Carlos D. Martinez, Esq. (Attorney ID 231072018) | **Order Filed on November 13, 2018**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| *In re:*<br><br>ANIL KUMAR,<br><br>                                                     Debtors. | Case No. 17-33174 (MBK)<br><br>Hon. Michael B. Kaplan<br><br>Chapter 13<br><br>Hearing Date: November 13, 2018 @ 9:00 |

### ORDER AUTHORIZING THE FIRM OF SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP TO SUBSTITUTE INTO CASE AS DEBTOR'S COUNSEL

The relief set forth on the following page, numbered two (2), is hereby ordered.

**DATED: November 13, 2018**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

(Page 2)
Debtor:  Anil Kumar
Case No.: 17-33174-MBK
Caption of Order: Order Authorizing the Firm of Scura, Wigfield, Heyer, Stevens & Cammarota, LLP to Substitute into the Case as Debtor's Counsel
_____

THIS MATTER having been brought to the Court by Carlos D. Martinez, Esq., attorney with the law firm Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, seeking an Order to substitute into the above captioned bankruptcy case (the "Case") as Debtor's counsel, and the Court having considered the papers submitted and arguments of counsel and good cause appearing

**ORDERED** that the firm Scura, Wigfield, Heyer, Stevens & Cammarota, LLP is hereby substituted into the Case as counsel for the Debtor Anil Kumar.

United States Bankruptcy Court
District of New Jersey

In re:  
Anil Kumar  
    Debtor

Case No. 17-33174-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Nov 14, 2018  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.  
db        +Anil Kumar,   144 Cedar Grove Lane,   Somerset, NJ 08873-5208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2018 at the address(es) listed below:  
          Albert   Russo   docs@russotrustee.com  
          Albert   Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com  
          Carlos D Martinez   on behalf of Debtor Anil  Kumar cmartinez@scura.com,  
          ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;dstevens@scura.com;jesposito@scuramealey.com  
          Denise E. Carlon   on behalf of Creditor   WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2007-AC4 ASSET-BACKED CERTIFICATES, SERIES 2007-AC4 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
          Kevin Gordon McDonald   on behalf of Creditor   WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2007-AC4 ASSET-BACKED CERTIFICATES, SERIES 2007-AC4 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com  
          Kevin M. Buttery   on behalf of Creditor   WELLS FARGO BANK, NATIONAL ASSOCIATION bkyefile@rasflaw.com  
          Kevin M. Buttery   on behalf of Creditor   Ditech Financial LLC bkyefile@rasflaw.com  
          Laura M. Egerman   on behalf of Creditor   Ditech Financial LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
          Laura M. Egerman   on behalf of Creditor   WELLS FARGO BANK, NATIONAL ASSOCIATION bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com  
          Nicholas V. Rogers   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
          Nicholas V. Rogers   on behalf of Creditor   Ditech Financial LLC nj.bkecf@fedphe.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                               TOTAL: 12