Prepared by:
Donald F. Campbell, Jr., Esq. (DC8924)

**GIORDANO, HALLERAN & CIESLA, P.C.**
125 Half Mile Road, Suite 300

Red Bank, N.J. 07701

Tel: (732) 741-3900
Fax: (732) 224-6599
dcampbell@ghclaw.com
Attorneys for Creditor Shree Ji Inc.

| | |
|---|---|
| In re<br><br>ANIL KUMAR<br>　　　　　　Debtor. | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY, TRENTON VICINAGE**<br><br>Chapter 13<br><br>Case No.   17-33174<br><br>Judge: Hon. Michael B. Kaplan |

**CERTIFICATION OF SERVICE**

1. I, Deirdre Rice:

    ☐ represent _____, the Creditor in the above-captioned matter.

    ☒ am the secretary/paralegal for Giordano, Halleran & Ciesla, P.C. , who represents the

    Creditor, Shree Ji, Inc., in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On November 21, 2018, I sent a copy of the following pleadings and/or documents to the parties

    listed in the chart below:

    - Notice Motion
    - Certification in Support of Motion
    - Proposed Order
    - Certification of Service

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: November 21, 2018

                     */s/Deirdre Rice*
                     Deirdre Rice

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Carlos D. Martinez<br>Scura, Wigfield, Heyer, Stevens & Cammarota, LLP<br>1599 Hamburg Ptk<br>Wayne, NJ 07470 | Debtor's Counsel | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Anil Kumar<br>144 Cedar Grove Lane<br>Somerset, NJ 08873 | Debtor | ☐ Overnight mail<br>☒ Regular mail<br>☒ Certified mail/RRR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Capital One<br>PO Box 30285<br>Salt Lake City, ut 84130-0285 | Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| | | |

| Name and Address | Role | Mode of Service |
|---|---|---|
| Ditech Financial LLC fka Green Tree Servicing<br>PO Box 6154<br>Rapid City, SD 57709-6154 | Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Kamal Kumar<br>17 Tracy Court<br>Franklin Park, NJ 08823-1337 | Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Orion<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Roth & Roth<br>241 First Street<br>Lakewood, NJ 08701-3320 | Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| US Bank Trust, NA as Trustee for LSF10<br>1308 Wireless Way<br>Oklahoma City, OK 73134 | Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Wells Fargo Bank, National Association<br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>Attn: Bankruptcy Dept.<br>PO Box 61609<br>Dallas, TX 75261-9096 | Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Ditech Financial LLC<br>c/o Roberson, Anschutz & Schneid, P.L.<br>6409 Congress Ave, Suite 100<br>Boca Raton, GL 33487-2853 | Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name & Address | Role | Method of Service |
|---|---|---|
| Wells Fargo Bank, National Association<br>c/o Roberson, Anschutz & Schneid, P.L.<br>6409 Congress Ave, Suite 100<br>Boca Raton, GL 33487-2853 | Attorney for Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Discover Bank<br>Discover Products, Inc.<br>PO Box 3025<br>New Albany, OH 43054-3025 | Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Gilkin Brthers, Inc.<br>2 Joseph Street<br>Newark, NJ 07105-4710 | Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Mr. Cooper<br>Attn: Bankruptcy<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019-4620 | Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Wiley Lavender, OC<br>216 Amboy Ave<br>PO Box 429<br>Metuchen, NJ 08840-0429 | Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Carlos Martinez<br>Scura, Wigfield, Heyer, Stevens & Cammar<br>1559 Hamburg Tpk<br>Wayne, NJ 07470-4093 | Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Ditech<br>301 West Bay Street<br>22nd Floor<br>Jacksonville, FL 32202-5184 | Creditor | ☐ Overnight mail<br>☒ Regular mail<br>☐ Certified mail/RRR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| | | | |
|---|---|---|---|
| IRS<br>PO Box 7345<br>Philadelphia, PA 19101-7346 | Creditorp | ☐<br>☒<br>☐<br>☒<br>☐<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| State of NJ<br>Division of Taxation<br>Bankruptcy Unit<br>PO Box 245<br>Trenton, NJ 08646-0245 | Creditor | ☐<br>☒<br>☐<br>☐<br>☒<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| Pasricha & Patel, LLC<br>1794 Oak Tree Road<br>Edison, NJ 08820-2704 | Creditor | ☐<br>☒<br>☐<br>☐<br>☒<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| Van Cleef Engineers Associates, LLC<br>32 Brower Lane<br>Hillsborough, NJ 08844-1270 | Creditor | ☐<br>☒<br>☐<br>☐<br>☒<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |

Docs #3458549-v1