**SCURA, WIGFIELD, HEYER,**
**STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Carlos D. Martinez (Attorney ID 231072018)
*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re:*  **ANIL KUMAR**, DEBTOR. | CHAPTER 13<br><br>CASE NO. 17-33174<br><br>Hon. Michael B. Kaplan |

### NOTICE TO CONVERT CASE TO CHAPTER 7 PROCEEDING
### PURSUANT TO 11 U.S.C. §1307(a) and FED. R. BANKR. P. 1017(f)(3)

Anil Kumar, debtor in the above entitled case, by and through his counsel, hereby gives notice that he hereby converts his case from one under Chapter 13 of the Bankruptcy Code to one under Chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. § 1307(a) and Fed. R. Bankr. P. 1017(f)(3).

Dated: December 10, 2018

 **SCURA, WIGFIELD, HEYER,**
 **STEVENS & CAMMAROTA, LLP**
 By**:** /s/ Carlos D. Martinez_____
 Carlos D. Martinez
 Counsel to the Debtor