| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Anil Kumar<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–8506<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: District of New Jersey | | Date case filed in chapter: 13   11/15/17 |
| Case number: 17–33174–MBK | | Date case converted to chapter: 7   12/10/18 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Anil Kumar | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 144 Cedar Grove Lane<br>Somerset, NJ 08873 | |
| 4. | **Debtor's attorney**<br>Name and address | Carlos D Martinez<br>Scura, Wigfield, Heyer, Stevens & Cammarota, LLP<br>1599 Hamburg Tpk<br>Wayne, NJ 07470 | Contact phone 973–696–8391 |
| 5. | **Bankruptcy trustee**<br>Name and address | Bunce Atkinson<br>Atkinson & DeBartolo<br>2 Bridge Ave., PO Box 8415<br>Bldg. 2, 3rd Floor<br>Red Bank, NJ 07701 | Contact phone (732) 530–5300 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 12/13/18 |
|---|---|---|
| 7. **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **January 11, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| 8. **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 3/12/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **2**

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 17-33174-MBK
Anil Kumar                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Dec 13, 2018
                              Form ID: 309A            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
```
db             +Anil Kumar,    144 Cedar Grove Lane,    Somerset, NJ 08873-5208
517179944      +Ditech,    301 West Bay Street,    22nd Floor,    Jacksonville, FL 32202-5184
517820693      +Glikin Brothers, Inc.,    2 Joseph Street,    Newark, NJ 07105-4710
517179945      +Kamal Kumar,    17 Tracy Court,    Franklin Park, NJ 08823-1337
517820690      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
517182446      +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517820697      +Pasricha & Patel, LLC,    1794 Oak Tree Road,    Edison, NJ 08820-2704
517820694      +Roth & Roth, PA,    241 First Street,    Lakewood, NJ 08701-3320
517820691     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: New Jersey Division of Taxation,    Compliance & Enforcement -,
                 Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,    Trenton, NJ 08695)
517905309      +Shree Ji Inc.,    c/o Giordano, Halleran & Ciesla, P.C.,    125 Half Mile Road, Suite 300,
                 Red Bank, NJ 07701-6777
517820695      +Shree Ji, Inc.,    30 Thames Road,    Piscataway, NJ 08854-5229
517803133      +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
517803134      +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
                 Oklahoma City, OK 73134,    U.S. Bank Trust, N.A., as Trustee for LS,    13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
517820696      +Van Cleef Engineers Associates, LLC,    32 Brower Lane,    Hillsborough, NJ 08844-1270
517364573      +Wells Fargo Bank, National Association,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
                 Attn: Bankruptcy Dept.,    PO Box 619096,    Dallas, TX 75261-9096
517820698      +Wiley Lavender, PC,    216 Amboy Ave.,    PO Box 429,    Metuchen, NJ 08840-0429

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: cmartinez@scura.com Dec 14 2018 00:39:04      Carlos D Martinez,
                 Scura, Wigfield, Heyer, Stevens & Cammar,    1599 Hamburg Tpk,    Wayne, NJ   07470
tr             +EDI: BBDATKINSON Dec 14 2018 04:59:00      Bunce Atkinson,    Atkinson & DeBartolo,
                 2 Bridge Ave., PO Box 8415,    Bldg. 2, 3rd Floor,    Red Bank, NJ 07701-8415
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 14 2018 00:40:19      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 14 2018 00:40:16      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517820692      +EDI: CAPITALONE.COM Dec 14 2018 04:59:00      Capital One,    PO Box 30285,
                 Salt lake City, UT 84130-0285
517230548       EDI: DISCOVER.COM Dec 14 2018 04:58:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
517228027       E-mail/Text: bankruptcy.bnc@ditech.com Dec 14 2018 00:39:43
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
517841840      +EDI: IRS.COM Dec 14 2018 04:59:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
517340960      +EDI: PRA.COM Dec 14 2018 04:58:00      Orion Portfolio Services LLC,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517871126*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Dec 13, 2018
                              Form ID: 309A            Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              Albert   Russo     on behalf of Trustee Albert  Russo docs@russotrustee.com
              Bunce   Atkinson    bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Carlos D Martinez    on behalf of Debtor Anil   Kumar cmartinez@scura.com,
               ecfbkfilings@scuramealey.com;tscialla@scuramealey.com;mmack@scura.com;dstevens@scura.com;jesposit
               o@scuramealey.com
              Denise E. Carlon    on behalf of Creditor   WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               BEAR STEARNS ASSET BACKED SECURITIES TRUST 2007-AC4 ASSET-BACKED CERTIFICATES, SERIES 2007-AC4
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donald F. Campbell, Jr.    on behalf of Creditor   Shree Ji Inc. dcampbell@ghclaw.com,
               4433@notices.nextchapterbk.com
              Kevin Gordon McDonald    on behalf of Creditor   WELLS FARGO BANK, NATIONAL ASSOCIATION, AS
               TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2007-AC4 ASSET-BACKED CERTIFICATES,
               SERIES 2007-AC4 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor   Ditech Financial LLC bkyefile@rasflaw.com
              Kevin M. Buttery    on behalf of Creditor   WELLS FARGO BANK, NATIONAL ASSOCIATION
               bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor   Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor   WELLS FARGO BANK, NATIONAL ASSOCIATION
               bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
              Nicholas V. Rogers    on behalf of Creditor   Ditech Financial LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10
               MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 14
```