**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Anil Kumar | Social Security number or ITIN   xxx–xx–8506 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–33174–MBK | |

# Order of Discharge                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Anil Kumar

3/15/19                                                     **By the court:**   Michael B. Kaplan
                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 17-33174-MBK
Anil Kumar                                                        Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Mar 15, 2019
                        Form ID: 318    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2019.

```
db          +Anil Kumar,    144 Cedar Grove Lane,    Somerset, NJ 08873-5208
cr          +Ditech Financial LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
              Boca Raton, FL  33487,    UNITED STATES 33487-2853
cr          +Shree Ji Inc.,    c/o Giordano, Halleran & Cielsa, P.C.,    125 Half Mile Road,    Suite 300,
              Red Bank, NJ 07701-6777
cr          +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr          +WELLS FARGO BANK, NATIONAL ASSOCIATION,    Robertson, Anschutz & Schneid,    6409 Congress Ave,
              Suite 100,    Boca Raton, FL 33487-2853
517179944   +Ditech,   301 West Bay Street,    22nd Floor,    Jacksonville, FL 32202-5184
517820693   +Glikin Brothers, Inc.,    2 Joseph Street,    Newark, NJ 07105-4710
517179945   +Kamal Kumar,    17 Tracy Court,    Franklin Park, NJ 08823-1337
517820690   +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
517182446   +Orion,   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517820697   +Pasricha & Patel, LLC,    1794 Oak Tree Road,    Edison, NJ 08820-2704
517820694   +Roth & Roth, PA,    241 First Street,    Lakewood, NJ 08701-3320
517820691  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:  New Jersey Division of Taxation,    Compliance & Enforcement -,
              Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,    Trenton, NJ 08695)
517905309   +Shree Ji Inc.,    c/o Giordano, Halleran & Ciesla, P.C.,    125 Half Mile Road, Suite 300,
              Red Bank, NJ 07701-6777
517820695   +Shree Ji, Inc.,    30 Thames Road,    Piscataway, NJ 08854-5229
517803133   +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
              Oklahoma City, OK 73134-2500
517803134   +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
              Oklahoma City, OK  73134,    U.S. Bank Trust, N.A., as Trustee for LS,    13801 Wireless Way,
              Oklahoma City, OK 73134-2500
517820696   +Van Cleef Engineers Associates, LLC,    32 Brower Lane,    Hillsborough, NJ 08844-1270
517364573   +Wells Fargo Bank, National Association,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
              Attn: Bankruptcy Dept.,    PO Box 619096,    Dallas, TX 75261-9096
517820698   +Wiley Lavender, PC,    216 Amboy Ave.,    PO Box 429,    Metuchen, NJ 08840-0429
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 16 2019 01:16:37     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 16 2019 01:16:32     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517820692    +EDI: CAPITALONE.COM Mar 16 2019 04:38:00     Capital One,    PO Box 30285,
              Salt lake City, UT 84130-0285
517230548     EDI: DISCOVER.COM Mar 16 2019 04:38:00     Discover Bank,    Discover Products Inc,
              PO Box 3025,    New Albany, OH 43054-3025
517228027     E-mail/Text: bankruptcy.bnc@ditech.com Mar 16 2019 01:16:02
              Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
517841840    +EDI: IRS.COM Mar 16 2019 04:38:00     Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
517340960    +EDI: PRA.COM Mar 16 2019 04:38:00     Orion Portfolio Services LLC,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517871126*   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Section,
              PO Box 245,    Trenton, NJ 08695-0245)
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Mar 15, 2019
                              Form ID: 318             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Bunce   Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce   Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Carlos D Martinez    on behalf of Debtor Anil  Kumar cmartinez@scura.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;dstevens@scura.com;jesposito@scuramealey.com;lrichar
               d@scura.com
              Denise E. Carlon    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               BEAR STEARNS ASSET BACKED SECURITIES TRUST 2007-AC4 ASSET-BACKED CERTIFICATES, SERIES 2007-AC4
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Donald F. Campbell, Jr.    on behalf of Creditor    Shree Ji Inc. dcampbell@ghclaw.com,
               4433@notices.nextchapterbk.com
              Kevin Gordon McDonald    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS
               TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2007-AC4 ASSET-BACKED CERTIFICATES,
               SERIES 2007-AC4 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    Ditech Financial LLC bkyefile@rasflaw.com
              Kevin M. Buttery    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
               bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
               bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
              Nicholas V. Rogers    on behalf of Creditor    Ditech Financial LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10
               MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 15
```