UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR
9004-2(c)

Donald F. Campbell, Jr., Esq. (DC8924)
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, NJ 07701
Tel: (732) 741 3900
Fax: (732) 224 6599
Counsel to Shree Ji, Inc.
dcampbell@ghclaw.com

Case No.: **17-33174**

Judge:  Michael B. Kaplan

Chapter:  13

In Re:

**Anil Kumar**

          Debtor

## CERTIFICATION OF SERVICE

1.     I, Deirdre Rice:

☐ represent _____, the Creditor in the above-captioned matter.

☒ am the secretary/paralegal for Giordano, Halleran & Ciesla, P.C. , who represents the

Creditor, Shree Ji, Inc, in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.     On April 9, 2019, I sent a copy of the following pleadings and/or documents to the parties

listed in the chart below:

- Opposition to Debtor's Motion to Void Judgment Liens
- Certification of Service

I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: April 9, 2019

*/s/Deirdre Rice*
Deirdre Rice

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service | |
|---|---|---|---|
| Carlos D Martinez<br>Scura, Wigfield, Heyer, Stevens & Cammarota, LLP<br>1599 Hamburg Tpk<br>Wayne, NJ 07470 | Debtor's Counsel | ☐<br>☒<br>☐<br>☐<br>☒<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐<br>☒<br>☐<br>☐<br>☒<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| Bunce Atkinson<br>Atkinson & DeBartolo<br>2 Bridge Ave., PO Box 8415<br>Bldg. 2, 3rd Floor<br>Red Bank, NJ 07701 | Trustee | ☐<br>☒<br>☐<br>☐<br>☒<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐<br>☒<br>☐<br>☐<br>☒<br>☐ | Overnight mail<br>Regular mail<br>Certified mail/RRR<br>E-mail<br>Notice of Electronic Filing (NEF)<br>Other _____<br>(as authorized by the court *) |

Docs #3720967-v1