UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  ANIL KUMAR,

Case No.: 17-33174
Chapter: 7
Judge: MBK

## NOTICE OF PROPOSED ABANDONMENT

_____Bunce D. Atkinson_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on May 13, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
144 Cedar Grove Lane, Somerset, NJ 08873 ($445,000.00)
3136 Route 27, Franklin Park, NJ 08823 ($240,000.00)

Liens on property:
Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd., Coppell, TX 75019 ($756,069.00)

Ditech Financial, LLC-PO Box 6172, Rapid City, SD 57709 ($449,897.48)

Amount of equity claimed as exempt: $0.00, $0.00

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Esq.
Address: PO Box 8415, Red Bank, NJ 07701
Telephone No.: 732-530-5300

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:  
Anil Kumar  
    Debtor

Case No. 17-33174-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin     Page 1 of 2     Date Rcvd: Apr 09, 2019  
                    Form ID: pdf905    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2019.

```
db          +Anil Kumar,    144 Cedar Grove Lane,     Somerset, NJ 08873-5208
cr          +Ditech Financial LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
              Boca Raton, FL  33487,     UNITED STATES 33487-2853
cr          +Shree Ji Inc.,    c/o Giordano, Halleran & Cielsa, P.C.,    125 Half Mile Road,    Suite 300,
              Red Bank, NJ 07701-6777
cr          +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER,    Phelan Hallinan & Schmieg, PC,
              400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr          +WELLS FARGO BANK, NATIONAL ASSOCIATION,    Robertson, Anschutz & Schneid,    6409 Congress Ave,
              Suite 100,    Boca Raton, FL 33487-2853
517179944   +Ditech,    301 West Bay Street,    22nd Floor,    Jacksonville, FL 32202-5184
517820693   +Glikin Brothers, Inc.,    2 Joseph Street,    Newark, NJ 07105-4710
517179945   +Kamal Kumar,    17 Tracy Court,    Franklin Park, NJ 08823-1337
517820690   +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
517182446   +Orion,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517820697   +Pasricha & Patel, LLC,    1794 Oak Tree Road,    Edison, NJ 08820-2704
517820694   +Roth & Roth, PA,    241 First Street,    Lakewood, NJ 08701-3320
517820691  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:  New Jersey Division of Taxation,    Compliance & Enforcement -,
              Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,    Trenton, NJ 08695)
517905309   +Shree Ji Inc.,    c/o Giordano, Halleran & Ciesla, P.C.,    125 Half Mile Road, Suite 300,
              Red Bank, NJ 07701-6777
517820695   +Shree Ji, Inc.,    30 Thames Road,    Piscataway, NJ 08854-5229
517803133   +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
              Oklahoma City, OK 73134-2500
517803134   +U.S. Bank Trust, N.A., as Trustee for LSF10 Master,    13801 Wireless Way,
              Oklahoma City, OK  73134,    U.S. Bank Trust, N.A., as Trustee for LS,    13801 Wireless Way,
              Oklahoma City, OK 73134-2500
517820696   +Van Cleef Engineers Associates, LLC,    32 Brower Lane,    Hillsborough, NJ 08844-1270
517364573   +Wells Fargo Bank, National Association,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
              Attn: Bankruptcy Dept.,    PO Box 619096,    Dallas, TX 75261-9096
517820698   +Wiley Lavender, PC,    216 Amboy Ave.,    PO Box 429,    Metuchen, NJ 08840-0429
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 09 2019 22:30:25      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 09 2019 22:30:25      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517820692      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2019 22:35:31      Capital One,
                PO Box 30285,    Salt lake City, UT 84130-0285
517230548       E-mail/Text: mrdiscen@discover.com Apr 09 2019 22:30:09      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517228027       E-mail/Text: bankruptcy.bnc@ditech.com Apr 09 2019 22:30:17
                Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                Rapid City, South Dakota 57709-6154
517841840      +E-mail/Text: cio.bncmail@irs.gov Apr 09 2019 22:30:13      Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
517340960      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 09 2019 22:46:40
                Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517871126*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Section,
               PO Box 245,    Trenton, NJ 08695-0245)
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 09, 2019
                              Form ID: pdf905          Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Bunce  Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce  Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Carlos D Martinez    on behalf of Debtor Anil  Kumar cmartinez@scura.com,
               ecfbkfilings@scuramealey.com;mmack@scura.com;dstevens@scura.com;jesposito@scuramealey.com;lrichar
               d@scura.com
              Denise E. Carlon    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR
                BEAR STEARNS ASSET BACKED SECURITIES TRUST 2007-AC4 ASSET-BACKED CERTIFICATES, SERIES 2007-AC4
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Donald F. Campbell, Jr.    on behalf of Creditor   Shree Ji Inc. dcampbell@ghclaw.com,
               4433@notices.nextchapterbk.com
              Kevin Gordon McDonald    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION, AS
                TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2007-AC4 ASSET-BACKED CERTIFICATES,
                SERIES 2007-AC4 kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor   Ditech Financial LLC bkyefile@rasflaw.com
              Kevin M. Buttery    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
               bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    WELLS FARGO BANK, NATIONAL ASSOCIATION
               bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
              Nicholas V. Rogers    on behalf of Creditor   Ditech Financial LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER
                PARTICIPATION TRUST nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10
                MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 15
```