UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Donald F. Campbell, Jr., Esq.
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, NJ 07701
Tel: (732) 741 3900
Fax: (732) 224 6599
dcampbell@ghclaw.com

Order Filed on April 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANIL KUMAR,

           Debtor

Case No. 17-33174

Chapter 7

Hon. Michael B. Kaplan, U.S.B.J.

Hearing Date: April 15, 2019

## CONSENT ORDER RESOLVING OBJECTION TO DEBTOR'S MOTION TO VOID JUDGMENT LIENS

The relief set forth on the following page is **ORDERED**.

**DATED: April 26, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

IN RE ANIL KUMAR

Case No. 17-33174-MBK

Caption: CONSENT ORDER RESOLVING OBJECTION TO DEBTOR'S MOTION TO VOID JUDGMENT LIENS

Page 2 of 3

---

This matter, having been brought before the Court by Anil Kumar (the "Debtor"), by and through his attorneys, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, upon the filing of the motion to void judgment liens (the "Motion" - Docket Entry No. 84); and upon objection to the Motion filed by Shree Ji, Inc. ("Shree Ji"); the parties having resolved their dispute, and for good cause shown,

**It is hereby ORDERED** by way of consent of the parties as follows:

1. The Debtor's Motion is withdrawn, with prejudice, as it pertains to Shree Ji's judgment lien (Judgment No. DJ-049821-2018).

2. As a result, Shree Ji's judgment lien shall remain unaffected by the Motion.

The undersigned hereby consent to the form,
Content and entry of the within Order:

Giordano Halleran & Ciesla
A Professional Corporation

By: _____
/s/ Donald F. Campbell, Jr., Esq.
Attorneys for Shree Ji, Inc.

Dated: 4/18/19

Scura, Wigfield, Heyer, Stevens & Cammarota
A Limited Liability Partnership

By: _____
/s/ Carlos D. Martinez, Esq.
Attorney for Anil Kumar

Dated: 4/23/19

2