Order Filed on April 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Donald F. Campbell, Jr., Esq.
Giordano, Halleran & Ciesla, P.C.
125 Half Mile Road, Suite 300
Red Bank, NJ 07701
Tel: (732) 741 3900
Fax: (732) 224 6599
dcampbell@ghclaw.com

In Re:

ANIL KUMAR,

        Debtor

Case No. 17-33174

Chapter 7

Hon. Michael B. Kaplan, U.S.B.J.

Hearing Date: April 15, 2019

---

### CONSENT ORDER RESOLVING OBJECTION TO DEBTOR'S MOTION TO VOID JUDGMENT LIENS

The relief set forth on the following page is **ORDERED**.

**DATED: April 26, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

IN RE ANIL KUMAR

Case No. 17-33174-MBK

Caption: CONSENT ORDER RESOLVING OBJECTION TO DEBTOR'S MOTION TO VOID JUDGMENT LIENS

Page 2 of 3

---

This matter, having been brought before the Court by Anil Kumar (the "Debtor"), by and through his attorneys, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, upon the filing of the motion to void judgment liens (the "Motion" - Docket Entry No. 84); and upon objection to the Motion filed by Shree Ji, Inc. ("Shree Ji"); the parties having resolved their dispute, and for good cause shown,

**It is hereby ORDERED** by way of consent of the parties as follows:

1. The Debtor's Motion is withdrawn, with prejudice, as it pertains to Shree Ji's judgment lien (Judgment No. DJ-049821-2018).

2. As a result, Shree Ji's judgment lien shall remain unaffected by the Motion.

The undersigned hereby consent to the form,
Content and entry of the within Order:

Giordano Halleran & Ciesla
A Professional Corporation

By: _____
/s/ Donald F. Campbell, Jr., Esq.
Attorneys for Shree Ji, Inc.                                  Dated: 4/18/19

Scura, Wigfield, Heyer, Stevens & Cammarota
A Limited Liability Partnership

By: _____
/s/ Carlos D. Martinez, Esq.
Attorney for Anil Kumar                                       Dated: 4/23/19

2

United States Bankruptcy Court
District of New Jersey

In re:
Anil Kumar
    Debtor

Case No. 17-33174-MBK
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Apr 26, 2019
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2019.
db          +Anil Kumar,   144 Cedar Grove Lane,   Somerset, NJ 08873-5208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2019 at the address(es) listed below:
          Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com
          Bunce Atkinson   on behalf of Trustee Bunce Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com, maraujo@atkinsondebartolo.org
          Bunce Atkinson   bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
          Carlos D Martinez   on behalf of Debtor Anil Kumar cmartinez@scura.com, ecfbkfilings@scuramealey.com;mmack@scura.com;dstevens@scura.com;jesposito@scuramealey.com;lrichard@scura.com
          Denise E. Carlon   on behalf of Creditor WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2007-AC4 ASSET-BACKED CERTIFICATES, SERIES 2007-AC4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Donald F. Campbell, Jr.   on behalf of Creditor Shree Ji Inc. dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com
          Kevin Gordon McDonald   on behalf of Creditor WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2007-AC4 ASSET-BACKED CERTIFICATES, SERIES 2007-AC4 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kevin M. Buttery   on behalf of Creditor Ditech Financial LLC bkyefile@rasflaw.com
          Kevin M. Buttery   on behalf of Creditor WELLS FARGO BANK, NATIONAL ASSOCIATION bkyefile@rasflaw.com
          Laura M. Egerman   on behalf of Creditor Ditech Financial LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman   on behalf of Creditor WELLS FARGO BANK, NATIONAL ASSOCIATION bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
          Nicholas V. Rogers   on behalf of Creditor Ditech Financial LLC nj.bkecf@fedphe.com
          Nicholas V. Rogers   on behalf of Creditor U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
          Sherri Jennifer Smith   on behalf of Creditor U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 15