UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Carlos D. Martinez, Esq.
SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470
(973) 696-8391
Attorneys for Debtor

Order Filed on May 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Anil Kumar,

Debtor.

Case Number: 17-33174

Hearing Date: 04/15/2019, 10:00am

Judge: Michael B. Kaplan

Chapter: 7

Recommended Local Form:   ☐ Followed   ☒ Modified

# ORDER TO AVOID LIEN(S) IN A CHAPTER 7 CASE
# PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 8, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial lien(s) on the properties described as _____144 Cedar Grove Lane, Somerset, NJ 08873_ and 3136 Route 27, Franklin Park, NJ 08823__,

and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. Roth & Roth, PA, Judgment No. DJ-160168-2015_____

2. Kamal Kumar, Judgment No. DJ-151023-2017

and it is hereby

ORDERED that the debtor may avoid above referenced lien(s) and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.