UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Carlos D. Martinez, Esq.
SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 HAMBURG TURNPIKE
WAYNE, NJ 07470
(973) 696-8391
Attorneys for Debtor

**Order Filed on May 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Anil Kumar,

Debtor.

Case Number: 17-33174

Hearing Date: 04/15/2019, 10:00am

Judge: Michael B. Kaplan

Chapter: 7

Recommended Local Form:    ☐ Followed    ☒ Modified

**ORDER TO AVOID LIEN(S) IN A CHAPTER 7 CASE
PURSUANT TO 11 U.S.C. § 522(f)**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 8, 2019**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial lien(s) on the properties described as _____144 Cedar Grove Lane, Somerset, NJ 08873_ and 3136 Route 27, Franklin Park, NJ 08823__ ,

and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. Roth & Roth, PA, Judgment No. DJ-160168-2015_____

2. Kamal Kumar, Judgment No. DJ-151023-2017

and it is hereby

ORDERED that the debtor may avoid above referenced lien(s) and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

United States Bankruptcy Court
District of New Jersey

In re:  
Anil Kumar  
     Debtor

Case No. 17-33174-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3　　　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: May 09, 2019  
　　　　　　　　　　　　　　Form ID: pdf903　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2019.  
db　　　　　　+Anil Kumar,　　144 Cedar Grove Lane,　　Somerset, NJ 08873-5208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2019 at the address(es) listed below:  
        Albert　Russo　　on behalf of Trustee Albert　Russo docs@russotrustee.com  
        Bunce　Atkinson　　on behalf of Trustee Bunce　Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com, maraujo@atkinsondebartolo.org  
        Bunce　Atkinson　　bunceatkinson@aol.com, NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org  
        Carlos D Martinez　　on behalf of Debtor Anil　Kumar cmartinez@scura.com, ecfbkfilings@scuramealey.com;mmack@scura.com;dstevens@scura.com;jesposito@scuramealey.com;lrichard@scura.com  
        Denise E. Carlon　　on behalf of Creditor　　WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2007-AC4 ASSET-BACKED CERTIFICATES, SERIES 2007-AC4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Donald F. Campbell, Jr.　　on behalf of Creditor　　Shree Ji Inc. dcampbell@ghclaw.com, 4433@notices.nextchapterbk.com  
        Kevin Gordon McDonald　　on behalf of Creditor　　WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2007-AC4 ASSET-BACKED CERTIFICATES, SERIES 2007-AC4 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Kevin M. Buttery　　on behalf of Creditor　　Ditech Financial LLC bkyefile@rasflaw.com  
        Kevin M. Buttery　　on behalf of Creditor　　WELLS FARGO BANK, NATIONAL ASSOCIATION bkyefile@rasflaw.com  
        Laura M. Egerman　　on behalf of Creditor　　Ditech Financial LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
        Laura M. Egerman　　on behalf of Creditor　　WELLS FARGO BANK, NATIONAL ASSOCIATION bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
        Nicholas V. Rogers　　on behalf of Creditor　　Ditech Financial LLC nj.bkecf@fedphe.com  
        Nicholas V. Rogers　　on behalf of Creditor　　U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com  
        Sherri Jennifer Smith　　on behalf of Creditor　　U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
        U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 15