# ATKINSON & DeBARTOLO

**A PROFESSIONAL CORPORATION**
**ATTORNEYS AT LAW**

| | | |
|---|---|---|
| BUNCE D. ATKINSON | MAILING ADDRESS: | OFFICE LOCATION: |
| JOHN F. DEBARTOLO | P.O. BOX 8415 | THE GALLERIA |
| | RED BANK, NJ 07701-8415 | 2 BRIDGE AVENUE |
| | 732-530-5300 | BLDG. 2, 3RD FL., STE. 231 |
| | TELEFAX 732-530-9877 | RED BANK, NJ |

May 13, 2019

***VIA ECF***
Clerk of United States Bankruptcy Court
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

      **Re:**    **ANIL KUMAR**
                   **CASE#: 17-33174/MBK**

Dear Sir or Madam:

The Trustee cannot file a NDR in this matter because there is presently pending the Trustee's Notice of Proposed Abandonment of real property. The Trustee filed a Notice of Proposed Abandonment of two properties owned by the debtor. If objections were filed the hearing is scheduled for May 13, 2019. Once the Trustee receives the Certificate of No Objection, the Trustee will file an NDR. The last day to object was May 6, 2019.

Thank you.

                                      Very truly yours,

                                      S/ Bunce D. Atkinson
                                      BUNCE D. ATKINSON, ESQ.

BDA/pr