

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | _____ |
|---|---|---|
| | Judge: | _____ |
| | Chapter: | _____ |

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that _____ is discharged as Trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is _____.

DATED: _____

_____
Judge, United States Bankruptcy Court